| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | NOV 13 2024 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

BRIAN HOUSTON, a married man; and other persons similarly situated (the Class,

        Plaintiff-Appellant,

 v.

MARICOPA, COUNTY OF, Arizona; PAUL PENZONE, Sheriff of Maricopa County, Arizona; PENZONE, Jane Doe Penzone; Unknown,

        Defendants-Appellees.

No.   23-15524

D.C. No. 2:22-cv-00875-SPL-MTM District of Arizona, Phoenix

ORDER

Before: BERZON, HURWITZ, and JOHNSTONE, Circuit Judges.

    Judge Johnstone has voted to deny the petition for rehearing en banc, and Judge Berzon and Judge Hurwitz so recommend. The full court was advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

    The petition for rehearing en banc is rejected.