UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 21 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

BRIAN HOUSTON, a married man; and other persons similarly situated (the Class,

        Plaintiff - Appellant,

 v.

MARICOPA, COUNTY OF, Arizona; et al.,

        Defendants - Appellees.

No. 23-15524

D.C. No. 2:22-cv-00875-SPL-MTM
U.S. District Court for Arizona, Phoenix

**MANDATE**

The judgment of this Court, entered September 05, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT